UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
STAR S., et al.,                              :
                                              :
            Plaintiffs,                       :
                                              :           **ORDER ADOPTING**
        -against-                             :           **REPORT AND RECOMMENDATION**
                                              :           01-CV-6871 (DLI) (CLP)
CHARLES CLARK, et al.,                        :
                                              :
            Defendants.                       :
------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Cheryl L. Pollak, U.S.M.J., dated December 9, 2008; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that the application of Virginia Samuels, trustee of the infant plaintiffs' settlement funds, for disbursements from those funds is denied in its entirety.

DATED:   Brooklyn, New York
         January 9, 2009

                                       _____/s/_____
                                              DORA L. IRIZARRY
                                       United States District Court Judge